IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMIE HARTMAN**                                                                                    **PLAINTIFF**

v.                          Case No. 4:21-cv-00974 KGB

**CITY OF SHERWOOD, ARKANSAS**                                              **DEFENDANT**

## ORDER

Before the Court is plaintiff Jamie Hartman's motion for additional time to respond to defendant City of Sherwood, Arkansas's ("the City") motion for summary judgment (Dkt. No. 21). Ms. Hartman's counsel states that he seeks additional time to respond to the City's motion for summary judgment due to a busy schedule (*Id.*, ¶ 2). Additionally, Ms. Hartman states that she has filed a motion to amend her complaint, stay the summary judgment proceedings, and remove the matter from the Court's November 2022 trial docket (*Id.*, ¶ 5). Ms. Hartman states that it would be her preference to defer responding to the City's motion for summary judgment so that all of Ms. Hartman's related claims can be handled in one summary judgment opinion and one jury trial (*Id.*, ¶ 6). Counsel for Ms. Hartman states that he has consulted with counsel for the City who has no objection to Ms. Hartman's request for additional time to respond to the pending motion for summary judgment, if the Court is inclined to take the case off of the November 7, 2022, trial calendar, but objects if the Court plans to try the case in November 2022 per the Court's Final Scheduling Order (*Id.*, ¶ 9).

For good cause shown, the Court rules as follows:

1. The City shall respond to Ms. Hartman's motion to amend her complaint, to suspend the summary judgment pleadings, to remove this case from the trial docket,

       and to reopen discovery pursuant to a new scheduling order on or before October 5, 2022.

2. The Court grants Ms. Hartman's motion for additional time to respond to the City's motion for summary judgment (Dkt. No. 21).  Ms. Hartman shall file her response to the City's motion for summary judgment on or before October 12, 2022.

3. Should the City choose to do so, it may file a reply in support of its motion for summary judgment on or before October 19, 2022.

4. At this time, the case will remain on the Court's trial calendar for the week of November 7, 2022.  The Court takes under advisement any request to continue the trial date.

So ordered this 22nd day of September, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge