IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMIE HARTMAN**  **PLAINTIFF**

v.  Case No. **4:21-cv-00974 KGB**

**CITY OF SHERWOOD, ARKANSAS**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant City of Sherwood, Arkansas ("the City") on plaintiff Jamie Hartman's claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. and the Arkansas Civil Rights Act, Ark. Code Ann. § 16-123-101, *et seq*. The Court dismisses Ms. Hartman's claims with prejudice; the relief requested is denied.

So ordered this 25th day of September, 2023.

_____
Kristine G. Baker
United States District Judge